# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:19-cv-03268-TWT**
**T.H. et al v. DeKalb County School District et al**
**Honorable J. Clay Fuller**

Minute Sheet for proceedings held In Chambers on 11/16/2021.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 12:45 P.M.
TIME IN COURT: 2:45
OFFICE LOCATION: Gainesville

DEPUTY CLERK: Christina Klimenko

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Aaron Finch representing T.H.<br>Alexa Ross representing Georgia Department of Education |
| PROCEEDING CATEGORY: | Telephone Conference(Settlement Conference); |
| MINUTE TEXT: | The parties attended mediation, but they were unable to resolve their dispute regarding fees. |