IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.H., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DeKalb County School District, et al.,<br><br>Defendants. | Civil Action No. 1:19-cv-03268-TWT |

**Joint Motion for Final Approval of Class Settlement as to the State Defendants**

Plaintiffs T.H. and J.B., and Defendant Georgia Department of Education ("GaDOE") and State Superintendent Richard Woods ("the State Superintendent")[1] submit this Joint Motion for Final Approval of the Class Settlement. The Court previously certified the IDEA Class and Discrimination Subclass[2] pursuant to FRCP 23(e)(2). Doc. 162. The settlement, which the Court preliminarily approved on January 7, 2022, Doc. 254, is between the Plaintiff Class, on the one hand, and the GaDOE, on the

---

[1] Mr. Woods is named in his official capacity as the State Superintendent. Together, the DOE and the Superintendent are referred to as "the GaDOE."
[2] Together, the IDEA Class and the Discrimination Subclass are referred to as the "Class."

#3151697v1

other. The settlement with the GaDOE for which the Parties now seek final approval constitutes a settlement of the Class's claims against some, but not all, of the Defendants in this action.

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Parties respectfully request that the Court grant the motion and enter an order granting final approval of the settlement agreement, entering it as an order, and retaining jurisdiction to enforce compliance with it. In support of this Motion, the Parties contemporaneously submit their Memorandum in Support and a Proposed Order.

Dated: April 4, 2022

Respectfully submitted,

/s/ *Aaron Finch*
Aaron Finch
*Admitted pro hac vice*
N.Y. Bar No. 5140033
Lindsey Frye
*Admitted pro hac vice*
N.C. Bar No. 47752
Josh Arocho
*Admitted pro hac vice*
N.Y. Bar No. 5685599
CHILDREN'S RIGHTS, INC.
1700 Northside Drive, Suite A7
PMB 1086
Atlanta, GA 30318
Phone: (646) 831-3543
Facsimile: (212) 683-4015

| | |
|---|---|
| afinch@childrensrights.org<br>lfrye@childrensrights.org<br>jarocho@childrensrights.org<br><br>David G.H. Brackett<br>Georgia Bar No. 068353<br>Amanda Kay Seals<br>Georgia Bar No. 502720<br>BONDURANT, MIXSON & ELMORE, LLP<br>1201 W. Peachtree Street<br>3900 One Atlantic Center<br>Atlanta, Georgia 30309<br>Phone: (404) 881-4100<br>Facsimile: (404) 881-4111<br>brackett@bmelaw.com<br>seals@bmelaw.com<br><br>Randee Waldman<br>Georgia Bar No. 100107<br>Barton Juvenile Defendant Clinic<br>Emory University School of Law<br>1301 Clifton Road<br>Atlanta, GA 30322<br>Phone: (404) 727-6235<br>Facsimile: (404) 727-7851<br>rwaldm2@emory.edu<br><br>**COUNSEL FOR PLAINTIFFS** | s/_*Joshua Mayes*_____<br>Josh Belinfante<br>Georgia Bar No. 047399<br>jbelinfante@robbinsfirm.com<br>Joshua A. Mayes<br>Georgia Bar No. 143107<br>jmayes@robbinsfirm.com<br>Robbin Alloy Belinfante Littlefield LLC<br>500 14th St. N.W.<br>Atlanta, GA 30318<br>Telephone: (678) 701-9381<br>Facsimile: (4040) 856-3255<br><br>Christopher M. Carr<br>Attorney General<br>Georgia Bar No. 112505<br>Bryan K. Webb<br>Deputy Attorney General<br>Georgia Bar No. 743580<br>Russell D. Willard<br>Senior Assistant Attorney General<br>Georgia Bar No. 760280<br>Susan R. Haynes<br>Assistant Attorney General<br>Georgia Bar No. 901269<br>Georgia Department of Law<br>40 Capitol Square SW<br>Atlanta, GA 30334<br>Telephone: (404) 656-3389<br>Facsimile: (404) 651-9325<br><br>**COUNSEL FOR THE STATE DEFENDANTS** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2022, I electronically filed in the above styled action the foregoing **Joint Motion for Final Approval of Class Settlement as to the State Defendants** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification to all counsel of record.

*/s/ Aaron Finch*
Aaron Finch