IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.H., et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>Melody Maddox, in her official capacity as SHERIFF OF DEKALB COUNTY, et al.,<br><br>      Defendants. | Civil Action No. 1:19-cv-03268-TWT |

**Order Granting Plaintiffs' Unopposed Motion for Approval
of Settlement of Attorney's Fees and Costs**

This matter comes before the Court on Plaintiffs' Unopposed Motion for Approval of Settlement of Attorney's Fees and Costs Between Plaintiffs and GaDOE Defendants ("the Fees Agreement"). The motion is GRANTED.

The Court finds that the Fees Agreement's provision for a $400,000.00 fee amount payable to Plaintiffs' counsel by the GaDOE Defendants is fair and reasonable under the facts of this case and the relevant law. The figure is well below the lodestar calculation for Plaintiffs' counsel's work, and the opportunity cost shouldered by Plaintiffs' counsel in taking this case, the results obtained, and the fee amounts approved in other cases support the reasonableness of this fee award.

1

So **ORDERED** this  24th  day of   June   , 2022.

                                          Thomas W. Thrash, Jr.
                                          Chief Judge
                                          USDC Northern District of Georgia